# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

THE VOICE OF THE JORDAN, INC.,    : No. 85 MAL 2014
:
Petitioner    :
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
v.    :
:
:
:
NORTH WHITEHALL TOWNSHIP    :
BOARD OF SUPERVISORS,    :
:
Respondent    :
:
LEHIGH COUNTY AUTHORITY,    :
:
Intervenor    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.